IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

REGENIA KIDD,

        Plaintiff,

v.                               CIVIL ACTION NO.   3:14-12206

GERALD McKINNEY, M.D. and the
MARSHALL UNIVERSITY BOARD
OF GOVERNORS,

        Defendants.

**ORDER**

The Court has been advised by counsel of the pending settlement of this action.  It being unnecessary to conduct further proceedings in this matter, the Court **ORDERS** as follows:

1.    That this action be **STAYED**.  The Court will lift the stay for good cause shown upon the motion of a party.  Such motion must be made within thirty days of the entry of this Order.

2.    That the parties submit an agreed order of dismissal by **May 30, 2014**.  If the parties fail to submit an agreed dismissal order by **May 30, 2014**, **the Court will enter an order dismissing the case without prejudice.**  This date may only be extended by order of this Court.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:    April 30, 2014

        ROBERT C. CHAMBERS, CHIEF JUDGE